THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY MANCUSO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—violation of probation.) Present— Doerr, J. P., Boomer, Green, Pine and Lowery, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY BURNARD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego County Court, Sullivan, J.—sexual abuse, first degree.) Present —Doerr, J. P., Boomer, Green, Pine and Lowery, JJ.

In the Matter of DAMIAN C., a Person Alleged to be in Need of Supervision. (Appeal No. 1.)—Order unanimously reversed on the law without costs and petition dismissed. Memorandum: The record reveals that before respondent partially admitted the allegations in the PINS petition, the court did not advise him of his right to remain silent *(see,* Family Ct Act § 741). That was reversible error *(see, Matter of Mark S.,* 144 AD2d 1010). (Appeal from order of Erie County Family Court, Sedita, J.—PINS.) Present—Doerr, J. P., Boomer, Green, Pine and Lowery, JJ.

In the Matter of DAMIAN C. (Appeal No. 2.)—Order unanimously vacated without costs. Same memorandum as in *Matter of Damian C.* ([appeal No. 1] 161 AD2d 1206 [decided herewith]). (Appeal from order of Erie County Family Court, Sedita, J.—violation of probation.) Present—Doerr, J. P., Boomer, Green, Pine and Lowery, JJ.